1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4

5  Attorney for Plaintiff

6

7

8

9              IN THE UNITED STATES DISTRICT COURT FOR

10                 THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 VIRGINIA COTA               )
                               )      1:07-CV-1091 OWW GSA
14                             )
           Plaintiff,          )      STIPULATION AND ORDER
15                             )
   vs.                         )
16                             )
   COMMISSIONER OF             )
17 SOCIAL SECURITY,            )
                               )
18         Defendant.          )
                               )
19

20       IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be
21 granted a 30 day extension of time, until March 7, 2008, in which to serve Plaintiff's Confidential
22 brief.  All remaining actions under the scheduling order filed, July 27, 2007, shall proceed under
23 the time limit guidelines set therein.
24 / /
25 / /
26 / /
27 / /
28

1  Dated:  February 7, 2008          /s/ Sengthiene Bosavanh

2                                    SENGTHIENE BOSAVANH, ESQ.
                                     Attorney for Plaintiff.
3

4  Dated: February 8, 2008           MCGREGOR SCOTT
                                     United States Attorney
5
                                     By: /s/ Donna M. Montano
6                                    (as authorized via facsimile/e-mail)
                                     DONNA M. MONTANO
7                                    Assistant Regional Counsel

8

9

10

11
        IT IS SO ORDERED.
12
        **Dated:   February 15, 2008**           **/s/ Gary S. Austin**
13                                         UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28