1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4

5  Attorney for Plaintiff

6

7

8

9              IN THE UNITED STATES DISTRICT COURT FOR

10                  THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  VIRGINIA COTA                    )
                                     )        1:07-CV-1091 OWW GSA
14                                   )
            Plaintiff,               )        STIPULATION AND ORDER
15                                   )
    vs.                              )
16                                   )
    COMMISSIONER OF                  )
17  SOCIAL SECURITY,                 )
                                     )
18          Defendant.               )
                                     )
19

20       IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be

21  granted an extension of time, until May 9, 2008, in which to serve Plaintiff's Confidential brief.

22  All remaining actions under the scheduling order filed, July 27, 2007, shall proceed under the

23  time limit guidelines set therein.

24  / /

25  / /

26  / /

27  / /

28

1 | Dated: May 9, 2008 | /s/ Sengthiene Bosavanh

2 | | SENGTHIENE BOSAVANH, ESQ.
3 | | Attorney for Plaintiff.

4 | Dated: May 9, 2008 | MCGREGOR SCOTT
  | | United States Attorney
5

6 | | By: /s/ Donna M. Montano
  | | (as authorized via facsimile/e-mail)
  | | DONNA M. MONTANO
7 | | Assistant Regional Counsel

11

12  IT IS SO ORDERED.

   **Dated:   May 12, 2008**              **/s/ Gary S. Austin**
13                                   UNITED STATES MAGISTRATE JUDGE