Sengthiene Bosavanh, Esq. #249801
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA COTA ) | 1:07-CV-1091 OWW GSA |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO DISMISS |
| ) | |
| vs. ) | |
| ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on July 25, 2007, on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal, each party to bear its own costs.

Dated: July 9, 2008         /s/ Sengthiene Bosavanh

                            SENGTHIENE BOSAVANH, ESQ.
                            Attorney for Plaintiff

Dated: July 10, 2008

                            MCGREGOR SCOTT
                            United States Attorney

                            By: /s/ Donna Montano
                            (as authorized via e-mail)
                            DONNA MONTANO
                            Assistant Regional Counsel

1  IT IS SO ORDERED.
2
   **Dated:   July 16, 2008**                           **/s/ Oliver W. Wanger**
3                                                  UNITED STATES DISTRICT JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28